TRINA A. HIGGINS, United States Attorney (#7349)
VICTORIA K. McFARLAND, Assistant United States Attorney (#11411)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

FILED US District Court-UT
MAY 08 '24 AM11:41

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ADAM VICTOR THOMAS,<br><br>Defendant. | **INDICTMENT**<br><br>VIOLATIONS:<br>Count I:  18 U.S.C. § 922(j), Possession of a Stolen Firearm;<br>Count II: 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm;<br>Count III:  18 U.S.C. § 922(g)(4), Possession of a Firearm by a Mentally Defective Person;<br>Count IV:  18 U.S.C. § 922(a)(6), False Statements During Attempted Acquisition of a Firearm.<br><br>Case: 2:24-cr-00161<br>Assigned To : Sam, David<br>Assign. Date : 5/7/2024 |

The Grand Jury Charges:

## COUNT I
18 U.S.C. § 922(j)
(Possession of a Stolen Firearm)

On or about September 13, 2023, in the District of Utah,

defendant herein, knowing he had previously been adjudicated as a mental defective and been committed to a mental institution, knowingly possessed a firearm, to wit: a Charter Arms Goldfinger .38 Special revolver, and the firearm was in and affecting commerce; all in violation of 18 U.S.C. § 922(g)(1) and punishable pursuant to 18 U.S.C. § 924(a)(8).

## COUNT IV
18 U.S.C. § 922(a)(6)
(False Statements During Attempted Acquisition of a Firearm)

On or about October 13, 2023, in the District of Utah,

ADAM VICTOR THOMAS,

defendant herein, in connection with the attempted acquisition of a firearm, to wit: a Charter Arms Goldfinger .38 Special revolver, from a licensed firearm dealer within the meaning of Chapter 44, Title 18, United States Code, knowingly made false and fictitious written statements intended and likely to deceive the firearm dealer with respect to any fact material to the lawfulness of such acquisition of the firearm, in that (1) he falsely answered "No" on an ATF Form 4473 asking whether he had ever been convicted of a felony and (2) he falsely answered "No" on ATF Form 4473 asking whether he had ever been committed

//

//

//

//

to a mental institution, and, as he then knew, his answers were untrue, all in violation of 18 U.S.C. § 922(a)(6), and punishable pursuant to 18 U.S.C. § 924(a)(2).

                                                                A TRUE BILL:

                                                         /S/
                                            FOREPERSON OF GRAND JURY

TRINA A. HIGGINS
United States Attorney

*Victoria K. McFarland*
VICTORIA K. McFARLAND
Assistant United States Attorney